UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SOSSI KETCHEDJIAN, et al.,                                Case No.: 0:23-cv-62280-WPD

    Plaintiff,

v.

BANK OF AMERICA, N.A., et al.,

    Defendants,
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon the Joint Stipulation of Dismissal With Prejudice as to Defendant Trans Union, LLC, filed on April 15, 2024. [DE 39]. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Stipulation [DE 39] is **APPROVED;**

2. Plaintiff's claims against Defendant Trans Union, LLC are **DISMISSED WITH PREJUDICE**; and

3. This case remains open and pending as to the remaining defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of April, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record