UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SOSSI KETCHEDJIAN, et al.,                    Case No.: 0:23-cv-62280-WPD

    Plaintiff,

v.

BANK OF AMERICA, N.A., et al.,

    Defendants,
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon the Joint Stipulation of Dismissal With Prejudice as to Defendant Equifax Information Services, LLC, filed on July 1, 2024. [DE 41]. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Stipulation [DE 41] is **APPROVED;**

2. Plaintiff's claims against Defendant Equifax Information Services, LLC are **DISMISSED WITH PREJUDICE**; and

3. This case remains open and pending as to the remaining defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of July, 2024.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record