UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SOSSI KETCHEDJIAN, et al.,                                Case No.: 0:23-cv-62280-WPD

    Plaintiffs,

    v.

BANK OF AMERICA, N.A., et al.,

    Defendants,
_____/

## JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT BANK OF AMERICA, N.A.

Plaintiffs, Sossi and Jirar Ketchedjian, and Defendant, Bank of America, N.A., by and through the undersigned counsel and pursuant to S.D. Fla. L.R. 16.4, hereby notify the Court that the parties have agreed to a settlement in principle. As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: November 13, 2024

                                        *Respectfully submitted*,

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.** | **MCGUIREWOODS LLP** |
| 830 North Federal Highway | 50 N. Laura Street, Suite 3300 |
| Lake Worth, FL 33460 | Jacksonville, Florida 32202 |
| Telephone: 561-655-3925 | (904) 798-3200 / (904) 798-3207 (fax) |
| Fax: 844-921-1022 | |
| | */s/ Jason R. Bowyer* |
| */s/ Eiman Sharmin* | Jason R. Bowyer |
| Eiman Sharmin, Esq. | Florida Bar No. 0693731 |
| FBN: 716391 | jbowyer@mcguirewoods.com |
| Email: eiman@sharminlaw.com | fladmin@mcguirewoods.com |
| | E. Paul Cuffe |
| *Counsel for Plaintiffs* | Florida Bar No. 1018521 |
| | pcuffe@mcguirewoods.com |
| | flservice@mcguirewoods.com |
| | *Counsel for Defendant* |
| | *Bank of America, N.A.* |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 13, 2024, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

                                                  */s/ Eiman Sharmin*
                                                  Eiman Sharmin, Esq.
                                                  FBN: 716391
                                                  Email: eiman@sharminlaw.com