### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**SOSSI KETCHEDJIAN, et al.,**                         **Case No.: 0:23-cv-62280-WPD**

      **Plaintiff,**

      **v.**

**BANK OF AMERICA, N.A., et al.,**

      **Defendants,**

_____/

### JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND
### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiffs, Sossi and Jirar Ketchedjian, and Defendant, Experian Information Solutions, Inc., by and through the undersigned counsel and pursuant to S.D. Fla. L.R. 16.4, hereby notify the Court that the parties have agreed to a settlement in principle.  As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: November 19, 2024

                         *Respectfully submitted*,

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.** | **JONES DAY** |
| 830 North Federal Highway | 600 Brickell Avenue, Suite 3300 |
| Lake Worth, FL 33460 | Miami, FL 33131 |
| Telephone: 561-655-3925 | Telephone: (305) 714-9700 |
| Fax: 844-921-1022 | Facsimile: (305) 714-9799 |
| | |
| */s/ Eiman Sharmin* | */s/ Victoria Ashley Kline* |
| Eiman Sharmin, Esq. | Victoria Ashley Kline |
| FBN: 716391 | Florida Bar No. 1049667 |
| Email: eiman@sharminlaw.com | Email: vkline@jonesday.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |
| | *Experian Information Solutions, Inc.* |

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that, on November 19, 2024, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

<u>*/s/ Eiman Sharmin*</u>
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com
