UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SOSSI KETCHEDJIAN, et al.,                                    Case No.: 0:23-cv-62280-WPD

    Plaintiff,

v.

BANK OF AMERICA, N.A., et al.,

    Defendants,
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon the Joint Stipulation of Dismissal With Prejudice as to Defendant Experian Information Solutions, Inc., filed on December 3, 2024. [DE 47]. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Stipulation [DE 47] is **APPROVED;**

2. Plaintiff's claims against Defendant Experian Information Solutions, Inc, are **DISMISSED WITH PREJUDICE**; and

3. This case remains open and pending as to the remaining Defendant.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of December, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record