## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**SOSSI KETCHEDJIAN, et al.,**                                    **Case No.: 0:23-cv-62280-WPD**

    **Plaintiffs,**

    **v.**

**BANK OF AMERICA, N.A., et al.,**

    **Defendants,**

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT BANK OF AMERICA, N.A.

IT IS HEREBY STIPULATED AND AGREED, that Plaintiffs, Sossi and Jirair Ketchedjian and Defendant, Bank of America, N.A. ("BANA") have resolved the claims between them. All Parties, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice as to BANA. Plaintiffs and Defendant BANA shall each bear their own attorneys' fees and costs.

Dated: December 4, 2024

*Respectfully submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com
*Counsel for Plaintiffs*

**MCGUIREWOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3200 / (904) 798-3207 (fax)

*/s/ Jason R. Bowyer*
Jason R. Bowyer
Florida Bar No. 0693731
jbowyer@mcguirewoods.com
fladmin@mcguirewoods.com
E. Paul Cuffe
Florida Bar No. 1018521

pcuffe@mcguirewoods.com
flservice@mcguirewoods.com

*Counsel for Defendant*
*Bank of America, N.A.*

**JONES DAY**
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799

*/s/ Victoria Ashley Kline*
Victoria Ashley Kline
Florida Bar No. 1049667
Email: vkline@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that, on December 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to all counsel of record.

<u>*/s/ Eiman Sharmin*</u>
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com
*Counsel for Plaintiffs*