UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SOSSI KETCHEDJIAN, et al.,                    Case No.: 0:23-cv-62280-WPD

    Plaintiff,

v.

BANK OF AMERICA, N.A., et al.,

    Defendants,
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon the Joint Stipulation of Dismissal With Prejudice as to Defendant Bank of America, N.A., filed on December 4, 2024. [DE 49]. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Stipulation [DE 49] is **APPROVED;**

2. Plaintiff's claims against Defendant Bank of America, N.A. are **DISMISSED WITH PREJUDICE**; and

3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of December, 2024.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record